445 A.2d 100

**COMMONWEALTH of Pennsylvania,**

v.

**Charles N. LEE, Appellant.**

Supreme Court of Pennsylvania.

May 19, 1982.

Richard J. Hodgson, Norristown (Court-appointed), for appellant.

Ronald T. Williamson, David M. McGlaughlin, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM.

Judgment of sentence affirmed.